**FILED**
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 2 0 2021

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**AMY ANNETTE BUCK and
BRANDON BUCK,**                                        **PLAINTIFFS**

v.                    CASE NO. 4:21-cv-442-DPM

**KIA MOTORS AMERICA, INC.**                          **DEFENDANTS**
This case assigned to District Judge _Marshall_
and to Magistrate Judge _Deere_

## KIA AMERICA, INC.'S NOTICE OF REMOVAL

Defendant Kia America, Inc. ("KA"), formerly known as Kia Motors America,

Inc., files this Notice of Removal, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, to

remove this action filed in the Circuit Court of Pope County, Arkansas, Division 3, to

the United States District Court for the Eastern District of Arkansas, Central

Division. In support of this removal, KA respectfully shows the Court the following:

### I. BRIEF FACTUAL AND PROCEDURAL BACKGROUND

This is an automotive product liability lawsuit arising from a vehicle fire

involving a 2012 Kia Optima which occurred on or about August 4, 2017, in Collin

County, Texas. Plaintiffs, who, upon information and belief, are residents of

Russellville, Pope County, Arkansas, were traveling out of state for a videogame

tournament when they allege the Optima caught fire, resulting in damages to

Plaintiffs. *See* Ex. A (Plaintiffs' Complaint).

Plaintiffs filed this lawsuit in the Circuit Court of Pope County, Arkansas,

Division 3, against KA based on the set of facts delineated above. *Id.* KA denies

Plaintiffs' allegations.

2318879-v1

## II. TIMELINESS OF REMOVAL

Although Plaintiff served KA with a copy of Plaintiffs' Complaint in August of 2020, Plaintiffs provided KA with an extension to respond to their Complaint by May 21, 2021. *See* Ex. L (Extension for KA's Response, filed on March 22, 2021). Thus, KA has timely filed this Notice of Removal.

## III. GROUNDS FOR REMOVAL

This removal is proper because the Court has subject matter jurisdiction based on complete diversity of citizenship between Plaintiffs and KA under 28 U.S.C. § 1332(a). Complete diversity of citizenship between the parties existed at the time the underlying action was filed in state court (August 4, 2020) and at the time of this removal (May 20, 2021).

### A. Amount in Controversy

The Eight Circuit provides that "[a] court may 'employ[ ] its judicial experience or common sense' to ascertain whether" the amount in controversy exceeds the sum or value of $75,000.00. *Turntine v. Peterson,* 959 F.3d 873, 881 (8th Cir. 2020) (citing *Waters v. Ferrara Candy Co.,* 873 F.3d 633, 636 (8th Cir. 2017) (per curiam)). In this case, Plaintiffs seek damages for (1) personal property, (2) pain and suffering, (3) lost time at work, (4) and "damages to compensate for the ongoing effects of the fire." *See* Ex. A. Therefore, it is reasonable to conclude the amount in controversy exceeds the sum or value of $75,000.00.

2

## B. Complete Diversity of Citizenship Between Plaintiffs and KA

There is complete diversity of citizenship between Plaintiffs and KA in this lawsuit. On information and belief, Plaintiffs are domiciled in Arkansas and are citizens of Arkansas. *See* Ex. A. Further, KA is a California corporation with its principal place of business in California. KA is therefore a citizen of California for purposes of federal diversity jurisdiction.

Given the complete diversity of citizenship between the parties, this Court has jurisdiction under 28 U.S.C. § 1332(a).

## IV. VENUE

This district and division embrace the place in which the removed state court action has been pending. Specifically, the Circuit Court of Pope County, Arkansas, Division 3, is geographically located within the Central Division of the United States District Court for the Eastern District of Arkansas.

## V. COMPLIANCE WITH PROCEDURAL REQUIREMENTS

Copies of all process, pleadings, orders, and other filings in the state-court suit are attached to this Notice, pursuant to 28 U.S.C. § 1446(a). Those documents include the following Exhibits:

1. Plaintiff's Complaint, attached as Exhibit A;

2. Summons issued to KA, attached as Exhibit B;

3. Request for Extension for Answer (filed August 28, 2020), attached as Exhibit C;

4. Order on Extension of Time (filed September 4, 2020), attached as Exhibit D;

5.   Second Request for Extension for Answer (filed October 2, 2020), attached as Exhibit E;

6.   Motion Requesting Extension for Answer (filed October 28, 2020), attached as Exhibit F;

7.   Order on Extension of Time (filed October 29, 2020), attached as Exhibit G;

8.   Motion Requesting Extension for Answer (filed December 1, 2020), attached as Exhibit H;

9.   Order on Extension of Time (filed December 8, 2020), attached as Exhibit I;

10.  Motion Requesting Extension for Answer (filed February 17, 2021), attached as Exhibit J;

11.  Order on Extension of Time (filed February 22, 2021), attached as Exhibit K; and

12.  Motion Requesting Extension for Answer (filed March 22, 2021), attached as Exhibit L.

KA will promptly file a notice of this removal with the clerk of the state court where the suit has been pending. A copy of that notice is attached as Exhibit M.

With this Notice, KA is also filing a Disclosure Statement, pursuant to Federal Rule of Civil Procedure 7.1.

By filing this Notice of Removal, KA does not waive any legal defenses or objections to Plaintiffs' Complaint, but expressly reserves its right to raise any and all legal defenses or objections in subsequent pleadings in this Court.

This Notice of Removal is signed pursuant to Federal Rule of Civil Procedure 11, as required under 28 U.S.C. § 1446(a).

2318879-v1

## VI. JURY DEMAND

KA demands a trial by jury.

## VII. CONCLUSION

In conclusion, KA represents that it has properly complied with the removal statutes set forth above, and this case thus stands removed from the Circuit Court of Pope County, Arkansas, Division 3, to the United States District Court for the Eastern District of Arkansas, Central Division.

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
Telephone: (501) 371-0808
E-mail: elowther@wlj.com

By: _____
Edwin L. Lowther, Jr.
Bar Number 81107

*Attorneys for KIA AMERICA, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all known counsel of record in this cause in accordance with the Arkansas Rules of Civil Procedure on this 20th day of May 2021.

Edwin L. Lowther, Jr.

2318879-v1

# EXHIBIT A

IN THE CIRCUIT COURT OF POPE COUNTY, ARKANSAS

_3_____ DIVISION

AMY ANNETTE BUCK

AND

BRANDON BUCK

VS.                          CASE NO.: 58CV-20.331

KIA MOTORS AMERICA, INC

PLAINTIFFS

DEFENDANTS

## COMPLAINT

COMES NOW, the Plaintiff, Amy Annette Buck, by and through her attorney,

LynMarie S. Liberty-Ellington of Liberty-Ellington Law & Mediation, PLLC with her

Complaint hereby states:

1. That the Plaintiff, Amy Annette Buck, is a resident of Russellville, Pope County,

Arkansas.

2. That the Defendant, Kia Motors America, Inc. is headquartered in Irvine, California.

3. That the Defendant, Kia Motors America, Inc. does ongoing business in Arkansas and

the community of Russellville, AR.

4. That this court has jurisdiction over this matter and that it is the proper venue for this

case.

5. That on or about May 20, 2015, the Plaintiff purchased a 2012 Kia Optima,

VIN#5XXGN4A72CG033698 via an online website.

6. That on August 4, 2017, the Plaintiff and her son, Brandon Buck, travelled from Arkansas to Texas for a video game tournament and conference.

7. That on August 4, 2017, while the Plaintiff was driving her 2012 Kia Optima, the vehicle caught fire of the freeway in Plano, TX, was completely engulfed in flames, and ultimately consumed by the fire.

8. That the vehicle was a complete loss at the sight of the fire.

9. That the Plaintiff had video game equipment, photography equipment, and personal items in the vehicle at the time of the fire.

10. That Plaintiff alleges that the incident has led to losses of personal property and other non-property loss related issues.

11. That Plaintiff now suffers from chronic headaches requiring medication and time off of work.

12. That Plaintiff alleges emotional issues including but not limited to extreme stress and anxiety she alleges is and was caused from and/or exacerbated by the incident.

13. The Plaintiff alleges suffering from random panic attacks and flashbacks caused by the vehicle catching fire while she was in the vehicle.

14. The Plaintiff asks for compensation for her loss of personal property as well as pain and suffering, lost time at work, and damages to compensate for the ongoing effects of the vehicle fire.

WHEREFORE, the Plaintiff prays for damages, attorney's fees and costs, expenses, and all other remedies afforded to her by the Court that such Court deems necessary and proper.

Amy Annette Buck

Plaintiff

Respectfully submitted

By: _____  8/4/02

LynMarie S. Liberty-Ellington, MBA, JD
ARBAR# 17-045; AR MEDIATOR#2016-20
Liberty-Ellington Law & Mediation, PLLC
204 N. Front St. Suite C
Dardanelle, AR 72834
Libertyellingtonlaw@gmail.com
(479) 747-3693 Phone
(479)229-0361 Fax

**AFFIDAVIT**

In the ___Yell___ County)
In the ___AR___ State)


I, Amy Annette Buck, do solemnly swear that the above statements are true and correct to the best of my knowledge. In addition, I affirm that I am a resident of Russellville, Pope County, AR and I have been a resident of the state of Arkansas for more than 30 days before filing this suit.


_Amy Buck_
Amy Annette Buck (sign in front of Notary)

_8-4-2020_
Date


_Jacebmseet_
NOTARY

_08-04-2020_
DATE

MY COMMISSION EXPIRES:
___03-08-2028___

JACOB P. BELT
NOTARY PUBLIC - ARKANSAS
POPE COUNTY
My Commission Expires 03-08-2028
Commission No. 12703776
(SEAL)

# EXHIBIT B

THE CIRCUIT COURT OF POPE COUNTY, ARKANSAS

CIVIL DIVISION [Civil, Probate, etc.]

AMY ANNETTE BUCK
Plaintiff

v.                                    No. 8CU-20-339

KIA MOTORS AMERICA, INC
Defendant

SUMMONS

***THE STATE OF ARKANSAS TO DEFENDANT:***

KIA MOTORS AMERICA, INC.    [Defendant's name and address.]

111 PETERS CANYON ROAD IRVINE, CA 92606

A lawsuit has been filed against you.  The relief demanded is stated in the attached
complaint.  Within 30 days after service of this summons on you (not counting the day
you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other
correctional facility in Arkansas — you must file with the clerk of this court a written
answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil
Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose
name and address are: LynMarie S. Liberty-Ellington, MBA, JD; Liberty-Ellington Law &
Mediation, PLLC; 204 N. Front St. Suite C; Dardanelle, AR 72834

If you fail to respond within the applicable time period, judgment by default may be
entered against you for the relief demanded in the complaint.


***Additional Notices Included:    James Bell, Director, Corporate Communications & Social;***


**Page 2 of 6**

CLERK OF COURT

Address of Clerk's Office

100 W Main St

*Chelane Smith*

[Signature of Clerk or Deputy Clerk]

*Russellville AR 72801*

Date: 8/4/2020

*ORIGINAL*
RETURN TO CIRCUIT CLERK
POPE COUNTY ARKANSAS

*This summons is for KIA MOTORS AMERICA, INC. (name of*

## PROOF OF SERVICE

☐ On _____ [date] I personally delivered the summons and complaint to the defendant at _____ [place]; or

☐ After making my purpose to deliver the summons and complaint clear, on _____ [date] I left the summons and complaint in the close proximity of the defendant by _____ [describe how the summons and complaint was left] after he/she refused to receive it when I offered it to him/her; or

☐ On _____ [date] I left the summons and complaint with _____, a member of the defendant's family at least 18 years of age, at _____ [address], a place where the defendant resides; or

☐ On_____ [date] I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant]; or

☐ On _____ [date] at _____ [address], where the defendant maintains an office or other fixed location for the conduct of business, during normal working hours I left the summons and complaint with _____

[name and job description]; or

Page 3 of 6

☐ I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]:

☐ I was unable to execute service because:

My fee is $ _____.

***To be completed if service is by a sheriff or deputy sheriff:***

Date: _____   SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
        [signature of server]

_____
        [printed name, title, and badge number]

***To be completed if service is by a person other than a sheriff or deputy sheriff:***

Date: _____

By: _____
        [signature of server]

_____
        [printed name]

Address: _____

        Phone: _____

Subscribed and sworn to before me this date: _____

        Notary Public _____

My Commission Expires: _____

Additional information regarding service or attempted service:

_____

_____

# EXHIBIT C

ELECTRONICALLY FILED
Pope County Circuit Court
Rachel Oertling, Circuit Clerk
2020-Aug-28  11:02:53
58CV-20-339
C05D03 : 1 Page

IN THE CIRCUIT COURT OF POPE COUNTY, ARKANSAS

DIVISION III

AMY ANNETTE BUCK

AND

BRANDON BUCK                                                            PLAINTIFFS

VS.                              CASE NO.: 58CV-20-339

KIA MOTORS AMERICA, INC                                   DEFENDANTS

### REQUEST FOR EXTENSION FOR ANSWER

COMES NOW, the Plaintiff, Amy Annette Buck, by and through her attorney, LynMarie S. Liberty-Ellington of Liberty-Ellington Law & Mediation, PLLC  after speaking with the defendant, they have asked for an additional 30 days to answer the Complaint.  Ms. Liberty-Ellington accepts and/or approves of the Court giving the Defendant 30 additional days from the expiration of the original 30 day answer requirement.

Amy Annette Buck

Plaintiff

Respectfully submitted by:

/s/LynMarie S. Liberty-Ellington, MBA, JD
ARBAR# 17-045; AR MEDIATOR#2016-20
Liberty-Ellington Law & Mediation, PLLC
204 N. Front St. Suite C
Dardanelle, AR 72834
Libertyellingtonlaw@gmail.com
(479) 747-3693 Phone
(479)229-0361 Fax

# EXHIBIT D

`

ELECTRONICALLY FILED
Pope County Circuit Court
Rachel Oerting, Circuit Clerk
2020-Sep-04  13:22:16
58CV-20-339
C05D03 : 2 Pages

IN THE CIRCUIT COURT OF POPE COUNTY, ARKANSAS

DIVISION III

AMY ANNETTE BUCK

AND

BRANDON BUCK                                    PLAINTIFFS

VS.                        CASE NO.: 58CV-20-339

KIA MOTORS AMERICA, INC                         DEFENDANTS


<u>ORDER FOR EXTENSION FOR ANSWER</u>

On this date, the Court orders and approves of a 30-day extension for which the

Defendant has to answer the Complaint against them.  This is the Order of the Court.


_____

Circuit Judge

_____

Date


Prepared by:

/s/LynMarie S. Liberty-Ellington, MBA, JD
ARBAR# 17-045; AR MEDIATOR#2016-20
Liberty-Ellington Law & Mediation, PLLC
204 N. Front St. Suite C
Dardanelle, AR 72834
Libertyellingtonlaw@gmail.com
(479) 747-3693 Phone
(479)229-0361 Fax



Arkansas Judiciary

**Case Title:**    AMY & BRANDON BUCK V KIA MOTORS AMERICA

**Case Number:**   58CV-20-339

**Type:**          ORDER EXTENSION OF TIME

So Ordered

Kenneth D. Coker, Jr., 5th Circuit
Division 3 Judge

Electronically signed by KDCOKER on 2020-09-04 13:22:17     page 2 of 2

# EXHIBIT E

ELECTRONICALLY FILED
Pope County Circuit Court
Rachel Oerting, Circuit Clerk
2020-Oct-02  11:14:55
58CV-20-339
C05D03 : 2 Pages

IN THE CIRCUIT COURT OF POPE COUNTY, ARKANSAS

DIVISION III

AMY ANNETTE BUCK

AND

BRANDON BUCK                                    PLAINTIFFS

VS.                    CASE NO.: 58CV-20-339

KIA MOTORS AMERICA, INC                         DEFENDANTS

SECOND REQUEST FOR EXTENSION FOR ANSWER

COMES NOW, the Plaintiff, Amy Annette Buck, by and through her attorney, LynMarie S. Liberty-Ellington of Liberty-Ellington Law & Mediation, PLLC  after speaking with the defendant, they have asked for an additional 30 days to answer the Complaint.  Ms. Liberty-Ellington accepts and/or approves of the Court giving the Defendant 30 additional days from the expiration of the original 30 day extension to answer the complaint.

Amy Annette Buck

Plaintiff

Respectfully submitted by:

/s/LynMarie S. Liberty-Ellington, MBA, JD
ARBAR# 17-045; AR MEDIATOR#2016-20
Liberty-Ellington Law & Mediation, PLLC
204 N. Front St. Suite C
Dardanelle, AR 72834
libertyellingtonlaw@gmail.com
(479) 747-3693 Phone
(479)229-0361 Fax

CERTIFICATE OF SERVICE

I, LynMarie Liberty-Ellington, do hereby certify that I faxed a true and correct copy of the foregoing motion was filed with the Clerk of Court and a copy delivered via E-mail, JKWoo@kiausa.com, on October 2, 2020.

BY:/s/ LynMarie Liberty-Ellington

# EXHIBIT F

ELECTRONICALLY FILED
Pope County Circuit Court
Rachel Oerting, Circuit Clerk
2020-Oct-28  16:01:34
58CV-20-339
C05D03 : 2 Pages

IN THE CIRCUIT COURT OF POPE COUNTY, ARKANSAS

DIVISION III

AMY ANNETTE BUCK

AND

BRANDON BUCK                                          PLAINTIFFS

VS.                       CASE NO.: 58CV-20-339

KIA MOTORS AMERICA, INC                              DEFENDANTS

## MOTION REQUESTING EXTENSION FOR ANSWER

COMES NOW, the Plaintiff, Amy Annette Buck, by and through her attorney,

LynMarie S. Liberty-Ellington of Liberty-Ellington Law & Mediation, PLLC, due to the

nature of this matter and after speaking with the defendant, they have asked for an

additional 30 days to answer the Complaint.  Ms. Liberty-Ellington accepts and/or

approves of the Court giving the Defendant an additional extension to answer the

complaint. We ask the Court to approve an additional extension of time to December 10,

2020.


Amy Annette Buck

Plaintiff


Respectfully submitted by:

/s/LynMarie S. Liberty-Ellington, MBA, JD
ARBAR# 17-045; AR MEDIATOR#2016-20
Liberty-Ellington Law & Mediation, PLLC
204 N. Front St. Suite C
Dardanelle, AR 72834
libertyellingtonlaw@gmail.com
(479) 747-3693 Phone
(479)229-0361 Fax

CERTIFICATE OF SERVICE

I, LynMarie Liberty-Ellington, do hereby certify that I faxed a true and correct copy of the foregoing motion was filed with the Clerk of Court and a copy delivered via E-mail, JKWoo@kiausa.com, on October 28, 2020.


BY:/s/ LynMarie Liberty-Ellington

# EXHIBIT G

ELECTRONICALLY FILED
Pope County Circuit Court
Rachel Oertling, Circuit Clerk
2020-Oct-29  15:35:34
58CV-20-339
C05D03 : 2 Pages

IN THE CIRCUIT COURT OF POPE COUNTY, ARKANSAS

DIVISION III

AMY ANNETTE BUCK

AND

BRANDON BUCK                                                    PLAINTIFFS

VS.                        CASE NO.: 58CV-20-339

KIA MOTORS AMERICA, INC                                        DEFENDANTS


ORDER FOR EXTENSION FOR ANSWER

On this date, the Court orders and approves an additional extension of time for

the Defendant has to answer the Complaint against them.  The new date for answering

the complaint is set for December 10, 2020. This is the Order of the Court.


_____ see attached _____

Circuit Judge

_____

Date


Prepared by:

/s/LynMarie S. Liberty-Ellington, MBA, JD
ARBAR# 17-045; AR MEDIATOR#2016-20
Liberty-Ellington Law & Mediation, PLLC
204 N. Front St. Suite C
Dardanelle, AR 72834
Libertyellingtonlaw@gmail.com
(479) 747-3693 Phone
(479) 229-0361 Fax



Arkansas Judiciary

**Case Title:**    AMY & BRANDON BUCK V KIA MOTORS AMERICA

**Case Number:**    58CV-20-339

**Type:**    ORDER EXTENSION OF TIME

So Ordered

Kenneth D. Coker, Jr., 5th Circuit
Division 3 Judge

Electronically signed by KDCOKER on 2020-10-29 15:35:44    page 2 of 2

# EXHIBIT H

ELECTRONICALLY FILED
Pope County Circuit Court
Rachel Oerting, Circuit Clerk
2020-Dec-01  18:42:15
58CV-20-339
C05D03 : 2 Pages

IN THE CIRCUIT COURT OF POPE COUNTY, ARKANSAS

DIVISION III

AMY ANNETTE BUCK

AND

BRANDON BUCK                                             PLAINTIFFS

VS.                          CASE NO.: 58CV-20-339

KIA MOTORS AMERICA, INC                        DEFENDANTS

### MOTION REQUESTING 90 DAY EXTENSION FOR ANSWER

COMES NOW, the Plaintiff, Amy Annette Buck, by and through her attorney,

LynMarie S. Liberty-Ellington of Liberty-Ellington Law & Mediation, PLLC, due to the

nature of this matter and after speaking with the defendant, they have asked for an

additional 30 days to answer the Complaint.  Ms. Liberty-Ellington accepts and/or

approves of the Court giving the Defendant an additional extension to answer the

complaint. We ask the Court to approve an additional extension of time to March 10,

2021.


Amy Annette Buck

Plaintiff


Respectfully submitted by:

/s/LynMarie S. Liberty-Ellington, MBA, JD
ARBAR# 17-045; AR MEDIATOR#2016-20
Liberty-Ellington Law & Mediation, PLLC
204 N. Front St. Suite C
Dardanelle, AR 72834
libertyellingtonlaw@gmail.com
(479) 747-3693 Phone
(479)229-0361 Fax

CERTIFICATE OF SERVICE

I, LynMarie Liberty-Ellington, do hereby certify that I faxed a true and correct copy of the foregoing motion was filed with the Clerk of Court and a copy delivered via E-mail, JKWoo@kiausa.com, on December 1, 2020.

BY:/s/ LynMarie Liberty-Ellington

# EXHIBIT I

ELECTRONICALLY FILED
Pope County Circuit Court
Rachel Oertling, Circuit Clerk
2020-Dec-08 09:31:37
58CV-20-339
C05D03 : 2 Pages

IN THE CIRCUIT COURT OF POPE COUNTY, ARKANSAS

DIVISION III

AMY ANNETTE BUCK

AND

BRANDON BUCK                                          PLAINTIFFS

VS.                    CASE NO.: 58CV-20-339

KIA MOTORS AMERICA, INC                              DEFENDANTS

## ORDER FOR 90 DAY EXTENSION FOR ANSWER

On this date, the Court orders and approves of a 90-day extension to March 10,

2021 for the Defendant to answer the Complaint against them . This is the Order of the

Court.

_____

Circuit Judge

_____

Date

Prepared by:

/s/LynMarie S. Liberty-Ellington, MBA, JD
ARBAR# 17-045; AR MEDIATOR#2016-20
Liberty-Ellington Law & Mediation, PLLC
204 N. Front St. Suite C
Dardanelle, AR 72834
Libertyellingtonlaw@gmail.com
(479) 747-3693 Phone
(479)229-0361 Fax



Arkansas Judiciary

**Case Title:**        AMY & BRANDON BUCK V KIA MOTORS AMERICA

**Case Number:**   58CV-20-339

**Type:**                 ORDER EXTENSION OF TIME


So Ordered

Kenneth D. Coker, Jr., 5th Circuit
Division 3 Judge

Electronically signed by KDCOKER on 2020-12-08 09:31:46     page 2 of 2

# EXHIBIT J

ELECTRONICALLY FILED
Pope County Circuit Court
Rachel Oertling, Circuit Clerk
2021-Feb-17  19:58:23
58CV-20-339
C05D03 : 2 Pages

## IN THE CIRCUIT COURT OF POPE COUNTY, ARKANSAS

### DIVISION III

AMY ANNETTE BUCK

AND

BRANDON BUCK                                          PLAINTIFFS

VS.                     CASE NO.: 58CV-20-339

KIA MOTORS AMERICA, INC                              DEFENDANTS

### MOTION REQUESTING ADDITIONAL EXTENSION FOR ANSWER

COMES NOW, the Plaintiff, Amy Annette Buck, by and through her attorney,

LynMarie S. Liberty-Ellington of Liberty-Ellington Law & Mediation, PLLC, due to the

nature of this matter and after speaking with the defendant, they have asked for an

additional extension for the Defendant to answer the Complaint.  Ms. Liberty-Ellington

accepts and/or approves of the Court giving the Defendant an additional extension to

answer the complaint. We ask the Court to approve an additional extension of time to

April 20, 2021.


Amy Annette Buck

Plaintiff


Respectfully submitted by:

/s/LynMarie S. Liberty-Ellington, MBA, JD
ARBAR# 17-045; AR MEDIATOR#2016-20
Liberty-Ellington Law & Mediation, PLLC
204 N. Front St. Suite C
Dardanelle, AR 72834
libertyellingtonlaw@gmail.com
(479) 747-3693 Phone
(479)229-0361 Fax

CERTIFICATE OF SERVICE

I, LynMarie Liberty-Ellington, do hereby certify that I faxed a true and correct

copy of the foregoing motion was filed with the Clerk of Court and a copy delivered via

E-mail, JKWoo@kiausa.com, on February 17, 2021.


BY:/s/ LynMarie Liberty-Ellington

# EXHIBIT K

ELECTRONICALLY FILED
Pope County Circuit Court
Rachel Oerting, Circuit Clerk
2021-Feb-22  14:14:59
58CV-20-339
C05D03 : 2 Pages

IN THE CIRCUIT COURT OF POPE COUNTY, ARKANSAS

DIVISION III

AMY ANNETTE BUCK

AND

BRANDON BUCK                                                    PLAINTIFFS

VS.                              CASE NO.: 58CV-20-339

KIA MOTORS AMERICA, INC                                        DEFENDANTS

<u>ORDER FOR EXTENSION FOR ANSWER</u>

On this date, the Court orders and approves an additional extension of time for

the Defendant has to answer the Complaint against them.  The new date for answering

the complaint is set for April 20, 2021. This is the Order of the Court.

_____ see attached _____

Circuit Judge

_____

Date

Prepared by:

/s/LynMarie S. Liberty-Ellington, MBA, JD
ARBAR# 17-045; AR MEDIATOR#2016-20
Liberty-Ellington Law & Mediation, PLLC
204 N. Front St. Suite C
Dardanelle, AR 72834
Libertyellingtonlaw@gmail.com
(479) 747-3693 Phone
(479) 229-0361 Fax



Arkansas Judiciary

**Case Title:**      AMY & BRANDON BUCK V KIA MOTORS AMERICA

**Case Number:**   58CV-20-339

**Type:**          ORDER EXTENSION OF TIME

So Ordered

Kenneth D. Coker, Jr., 5th Circuit
Division 3 Judge

Electronically signed by KDCOKER on 2021-02-22 14:15:08     page 2 of 2

# EXHIBIT L

ELECTRONICALLY FILED
Pope County Circuit Court
Rachel Oertling, Circuit Clerk
2021-Mar-22  14:17:46
58CV-20-339
C05D03 : 2 Pages

## IN THE CIRCUIT COURT OF POPE COUNTY, ARKANSAS

## DIVISION III

AMY ANNETTE BUCK

AND

BRANDON BUCK                                             PLAINTIFFS

VS.                          CASE NO.: 58CV-20-339

KIA MOTORS AMERICA, INC                                  DEFENDANTS

### MOTION REQUESTING EXTENSION FOR ANSWER

COMES NOW, the Plaintiff, Amy Annette Buck, by and through her attorney,

LynMarie S. Liberty-Ellington of Liberty-Ellington Law & Mediation, PLLC, due to the

nature of this matter and after speaking with the defendant, they have asked for an

additional 30 days till May 20, 2021 to answer the Complaint.  Ms. Liberty-Ellington

accepts and/or approves of the Court giving the Defendant an additional extension to

answer the complaint. We ask the Court to approve an additional extension of time to

May 20, 2021.


Amy Annette Buck

Plaintiff


Respectfully submitted by:

/s/LynMarie S. Liberty-Ellington, MBA, JD
ARBAR# 17-045; AR MEDIATOR#2016-20
Liberty-Ellington Law & Mediation, PLLC
204 N. Front St. Suite C
Dardanelle, AR 72834
libertyellingtonlaw@gmail.com
(479) 747-3693 Phone
(479)229-0361 Fax

CERTIFICATE OF SERVICE

I, LynMarie Liberty-Ellington, do hereby certify that I faxed a true and correct copy of the foregoing motion was filed with the Clerk of Court and a copy delivered via E-mail, JKWoo@kiausa.com, on March 22, 2021.

BY:/s/ LynMarie Liberty-Ellington

# EXHIBIT M

## IN THE CIRCUIT COURT OF POPE COUNTY, ARKANSAS
## DIVISION III

**AMY ANNETTE BUCK and**
**BRANDON BUCK,**                                                    **PLAINTIFFS**

**v.**                            **CASE NO. 58CV-20-339**

**KIA MOTORS AMERICA, INC**                              **DEFENDANTS**

### KIA AMERICA, INC.'S NOTICE OF FILING NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Kia America, Inc. ("KA"), formerly known as Kia Motors America, Inc., a Defendant in the above entitled and numbered cause, and makes and files its Notice of Filing Notice of Removal, and in support thereof would respectfully show unto the Court as follows:

**I.**

On this day, Defendant KA filed in the United States District Court for the Eastern District of Arkansas, Central Division, its Notice of Removal, thereby removing this case in its entirety to such Court.

**II.**

Attached hereto as Exhibit "A" is a true and correct copy of the Notice of Removal.

**WHEREFORE**, Defendant KA respectfully prays that no further action occur in this cause for the reason that the case has been removed.

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
Telephone: (501) 371-0808
E-mail: elowther@wlj.com


By:_____
      Edwin L. Lowther, Jr.
      Bar Number 81107

*Attorneys for KIA AMERICA, INC.*

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all known counsel of record in this cause in accordance with the Arkansas Rules of Civil Procedure on this 20th day of May 2021.


_____
Edwin L. Lowther, Jr.

2