IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

AMY ANNETTE BUCK and
BRANDON BUCK                                                                    PLAINTIFFS

v.                          No. 4:21-cv-442-DPM

KIA MOTORS AMERICA, INC.                                              DEFENDANT

ORDER

The Bucks were driving their Kia Optima from Arkansas to Texas when it caught fire on the freeway. The car was a complete loss. The possessions in the car were lost, too. Since the fire, the Bucks have also suffered some medical and emotional issues. Having removed the case, Kia moved to dismiss the original complaint for failure to state a claim. The Bucks amended that complaint, mooting Kia's motion. Kia now seeks dismissal of their amended complaint.

Taking the facts alleged by the Bucks as true, *Stockley v. Joyce*, 963 F.3d 809, 816–17 (8th Cir. 2020), they haven't pleaded their case with enough specificity to state a plausible claim for relief, *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). The Bucks' amended complaint needs more details to meet federal pleading requirements. It doesn't allege any specific wrongdoing by Kia. Generally stating that the property losses and personal injuries were Kia's "fault" is insufficient. The amended complaint also doesn't state a clear cause of action. The company is

entitled to more notice about why it may be responsible for the fire. The Bucks haven't provided it.

\* \* \*

Kia's motion to dismiss, *Doc. 14*, is granted. The Bucks' claims against the company are dismissed without prejudice. The Court will withhold Judgment until 27 August 2021 to give the Bucks a final opportunity to propose an amended complaint that states a plausible claim. If the Bucks intend to pursue this case, the Court would appreciate them filing their second amended complaint ASAP so that this case, which was removed in May, can either move forward or end now.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

11 August 2021