IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

AMY ANNETTE BUCK and
BRANDON BUCK                                              PLAINTIFFS

v.                    No. 4:21-cv-442-DPM

KIA MOTORS AMERICA, INC.                                  DEFENDANT

## JUDGMENT

The Bucks' complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

31 August 2021